## MEMORANDUM DECISIONS

ACKERMAN v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. April 16, 1919.) No. 194. In Error to the District Court of the United States for the Eastern District of New York. Criminal prosecution by the United States against Jacob Ackerman for illegal sale of liquor to a soldier. Judgment of conviction, and defendant brings error. Affirmed. R. F. Adams, of Long Island City, N. Y., for plaintiff in error. Melville J. France, U. S. Atty., of New York City. Before WARD, ROGERS, and HOUGH, Circuit Judges.

PER CURIAM. Judgment affirmed.

ARKADELPHIA MILLING CO. v. ST. LOUIS SOUTHWESTERN RY. CO. et al. (Circuit Court of Appeals, Eighth Circuit. March 25, 1919.) No. 4857. Appeal from the District Court of the United States for the Eastern District of Arkansas. W. E. Hemingway, G. B. Rose, D. H. Cantrell, and J. F. Loughborough, all of Little Rock, Ark., and V. M. Miles, of Ft. Smith, Ark., for appellant. J. M. Moore and George A. McConnell, both of Little Rock, Ark., for appellees.

PER CURIAM. Appeal dismissed per stipulation of parties; costs in this court to be equally divided.

BERBILIS v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. January 27, 1919.) No. 5370. In Error to the District Court of the United States for the District of Nebraska. William Simeral, of Omaha, Neb., for plaintiff in error. T. S. Allen, U. S. Atty., of Lincoln, Neb., and F. A. Peterson, Asst. U. S. Atty., of Omaha, Neb.

PER CURIAM. Cause docketed, and writ of error dismissed, without costs to either party in this court, for want of prosecution, on motion of defendant in error.

BOATMEN'S BANK v. LAWS et al. (Circuit Court of Appeals, Eighth Circuit. March 19, 1919.) No. 5214. Appeal from the District Court of the United States for the Eastern District of Missouri. Sears Lehmann, of St. Louis, Mo., for appellant. Grant & Grant, of St. Louis, Mo., for appellees.

PER CURIAM. Appeal dismissed, with costs, on the ground that the questions involved have been decided in No. 197, original, 257 Fed. 299, petition to revise between the same parties.